IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03367-LTB

MARK SANTINI, a/k/a MARVIN ENGLES,

    Applicant,

v.

TOM CLEMENTS, Executive Director, Colorado Department of Corrections,
TRAVIS TRANI, Warden, Arrowhead Correctional Center, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The Court dismissed the Complaint and action on May 29, 2012.  Plaintiff filed a notice of appeal on June 27, 2012.  He has also filed a "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action" (ECF No. 32) and a "Request for Certificate of Appeal" (ECF No. 33).  In the Order of Dismissal, the Court ordered that no certificate of appealability shall issue and denied Plaintiff leave to proceed *in forma pauperis* on appeal.  Accordingly, the requests for relief in ECF No. 32 and ECF No. 33 are **denied as moot**.  Plaintiff may file a motion to proceed *in forma pauperis* on appeal with the United States Court of Appeals for the Tenth Circuit in accordance with Fed. R. App. P. 2.

Dated:  June 28, 2012